DOMINICK STANZIONE, Respondent, v. JACOB SCHUSTER, Appellant, and RALPH VERNI, Defendant.— Order denying motion of defendant Schuster to dismiss the complaint as to him for lack of prosecution affirmed, with ten dollars costs and

disbursements. No opinion. Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.